CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/23/2019
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
     DEPUTY CLERK

# Return

| Case No.: 5:19mj00057 | Date and time warrant executed: 10/16/2019 10:40 am | Copy of warrant and inventory left with: Gerald Drake |
|---|---|---|

Inventory made in the presence of: Gerald Drake

Inventory of the property taken and name(s) of any person(s) seized:

1. One thumbdrive labeled "derivative evidence containing acquisition of and report from Samsung S7 - Gerald Drake."

Note: Original cellular telephone device was imaged and returned to the owner, Gerald Drake.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/2019

*Executing officer's signature*

Steven W. Duke / Special Agent
*Printed name and title*

Received in chambers by reliable electronic means on October 23, 2019.

USMJ